# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tiffani Wells | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff. | ) | CV 11-1915-PHX-NVW |
| | ) | |
| v. | ) | |
| | ) | |
| U-Haul International, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

____   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 23, 2012, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice.

                                                BRIAN D. KARTH
                                                District Court Executive/Clerk

March 23, 2012

                                                 s/Tammy Johnson
                                                By: Deputy Clerk

cc: (all counsel)